PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
KIMBERLY HELVEY
Senior Litigation Counsel
ADRIENNE ZACK
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044-0868
Telephone: (202) 598-2446
Facsimile: (202) 305-7000
adrienne.m.zack@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBTISAM ALI MOHAMED and JAMAL SALEH ALMUHARRAK, | Case No.: 1:16-cv-1735-DAD-SKO |
| Plaintiffs, | |
| v. | **JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME** |
| JEFFERSON B. SESSIONS III, et al.,[1] | |
| Defendants. | |

---

[1] On February 9, 2017, Jefferson B. Sessions III was sworn in as Attorney General of the United States, automatically substituting for Loretta Lynch, former Attorney General, as a party in accordance with Federal Rule of Civil Procedure 25(d).

Jt. Stip. to Extend Time                   1

On November 14, 2016, Plaintiffs filed the instant action, seeking to compel adjudication of Plaintiffs' immigrant visa petition and application.  Service on the U.S. Attorney's Office was perfected on December 21, 2016.  U.S. Citizenship and Immigration Services has reviewed Plaintiffs' file, reaffirmed the visa petition, and transferred the file to the National Visa Center.  The State Department is in the process of transferring Plaintiffs' file to the appropriate consular post so that Plaintiff Almuharrak may be reinterviewed and have his visa application adjudicated once again.  Presently, Defendants' response is due February 21, 2017, and no previous extensions have been sought.  The parties hereby stipulate to a 90-day extension to answer or otherwise respond to the complaint, until May 22, 2017.

Dated:  February 21, 2017                                   Respectfully submitted,

*/s/ Julie A. Goldberg*                                             PHILLIP A. TALBERT
(as authorized on 2/21/17)                                United States Attorney
JULIE A. GOLDBERG                                       AUDREY B. HEMESATH
5586 Broadway                                                   Assistant United States Attorney
Third Floor
Bronx, NY  10463                                               CHAD A. READLER
Telephone: (718) 432-1022                               Acting Assistant Attorney General
Facsimile: (718) 432-1044                                 WILLIAM C. PEACHEY
                                                                              Director
                                                                              KIMBERLY HELVEY
                                                                              Senior Litigation Counsel

                                                                              */s/ Adrienne Zack*
                                                                              ADRIENNE ZACK
                                                                              Trial Attorney
                                                                              United States Department of Justice
                                                                              Civil Division
                                                                              Office of Immigration Litigation
                                                                              District Court Section
                                                                              P.O. Box 868, Ben Franklin Station
                                                                              Washington, D.C.  20044-0868
                                                                              Telephone: (202) 598-2446
                                                                              Facsimile: (202) 305-7000
                                                                              adrienne.m.zack@usdoj.gov

Jt. Stip. to Extend Time                            2

**ORDER**

Based on the parties' above-stipulation (Doc. 17), and for good cause shown, IT IS HEREBY ORDERED that Defendants are granted a 90-day extension of time for filing a response to the Complaint (Doc. 1). Defendants shall file a response to the Complaint on or before May 22, 2017.

IT IS SO ORDERED.

Dated:   **February 21, 2017**                              /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE