PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
SARAH L. VUONG
Senior Litigation Counsel
ADRIENNE ZACK
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044-0868
Telephone: (202) 598-2446
Facsimile: (202) 305-7000
adrienne.m.zack@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBTISAM ALI MOHAMED and JAMAL SALEH ALMUHARRAK, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON B. SESSIONS III, *et al.*,[1] <br><br> Defendants. | Case No.: 1:16-cv-1735-DAD-SKO <br><br> **THIRD JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME** |

---

[1] On February 9, 2017, Jefferson B. Sessions III was sworn in as Attorney General of the United States, automatically substituting for Loretta Lynch, former Attorney General, as a party in accordance with Federal Rule of Civil Procedure 25(d).

Third Jt. Stip. to Extend Time 1

On November 14, 2016, Plaintiffs filed the instant action, seeking to compel adjudication of Plaintiffs' immigrant visa petition and application. Service on the U.S. Attorney's Office was perfected on December 21, 2016. U.S. Citizenship and Immigration Services reviewed Plaintiffs' file and reaffirmed the visa petition. The National Visa Center transferred the file to the consular post at which Plaintiff Almuharrak previously made his application. At Plaintiff Almuharrak's request, his application was transferred to another consular post. The parties are in the process of obtaining and submitting the necessary documentation regarding Plaintiff Almuharrak's medical examination and scheduling the re-interview of Plaintiff Almuharrak so that his visa application may be adjudicated once again. Presently, Defendants' response is due June 21, 2017. Two previous extensions have been obtained, totaling 120 days. *See* ECF Nos. 18, 21. The parties hereby stipulate to a 30-day extension to answer or otherwise respond to the complaint, until July 21, 2017.

Dated: June 20, 2017

Respectfully submitted,

*/s/ Julie A. Goldberg*
(as authorized on 6/20/17)
JULIE A. GOLDBERG
5586 Broadway
Third Floor
Bronx, NY 10463
Telephone: (718) 432-1022
Facsimile: (718) 432-1044

PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney

CHAD A. READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

SARAH L. VUONG
Senior Litigation Counsel

*/s/ Adrienne Zack*
ADRIENNE ZACK
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

Third Jt. Stip. to Extend Time            2

District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044-0868
Telephone: (202) 598-2446
adrienne.m.zack@usdoj.gov

**ORDER**

Based on the parties' above stipulation (Doc. 22), and for good cause shown, IT IS HEREBY ORDERED that Defendants are granted a 30-day extension of time for filing a response to the Complaint (Doc. 1). Defendants shall file a response to the Complaint on or before July 21, 2017.

IT IS SO ORDERED.

Dated: __**June 21, 2017**__       /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE