# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBTISAM ALI MOHAMED and JAMAL SALEH ALMUHARRAK, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON B. SESSIONS III, et al.,[1] <br><br> Defendants. | Case No. 1:16-cv-01735-DAD-SKO <br><br> **ORDER DIRECTING CLERK TO CLOSE CASE** <br><br> **(Doc. 29)** |

On August 17, 2017, Plaintiffs filed a Notice of Voluntary Dismissal, in which they notified the Court that they "voluntarily dismiss[]" the action "without prejudice against all Defendants." (Doc. 29.) Plaintiffs filed this Notice before Defendants served either an answer(s) or a motion(s) for summary judgment. As such, this matter has been voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **August 18, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] On February 9, 2017, Jefferson B. Sessions III was sworn in as Attorney General of the United States, automatically substituting for Loretta Lynch, former Attorney General, as a party in accordance with Federal Rule of Civil Procedure 25(d).